AO 91 (Rev. 11/11)  Criminal Complaint

United States District Court
Southern District Of Texas
FILED

MAR 21 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Ivan Gonzalez (1975/US)<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-19-0661-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 20, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 5.04 Kilograms of Cocaine, a Schedule II Controlled Substance. |
| 21 USC § 963 | Conspiracy to Illegally Import a Controlled Substance / Approximately 5.04 Kilograms of Cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved by

[signature]

Sworn to before me and signed in my presence.

Date: 03/21/2019

City and state: McAllen, Texas

[signature]
*Complainant's signature*

Nicholas C. Stott, HSI Special Agent
*Printed name and title*

[signature]
*Judge's signature*

U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

**Attachment "A"**

I, Nicholas C. Stott, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On March 20, 2019, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection Office of Field Operations at the Pharr Port of Entry (POE) in Pharr, Texas. CBP Officers (CBPOs) detained Ivan Gonzalez (hereafter GONZALEZ), a citizen of the United States, while attempting to enter the U.S. with approximately 5.04 kilograms of cocaine concealed within the radiator area of the vehicle he was driving.

2. During primary inbound inspection, CBPOs obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00. GONZALEZ claimed to be traveling from visiting family in Reynosa, Tamaulipas. CBPOs observed GONZALEZ was overly talkative and friendly. GONZALEZ, who had an outstanding warrant, and the vehicle were referred to secondary inspection for an intensive examination.

3. During secondary inspection, a CBP K-9 drug detection team conducted a free air inspection which resulted in a positive alert for the odor of controlled substance(s) emanating from the vehicle.

4. CBPOs conducted a non-intrusive X-Ray inspection and discovered anomalies in the front bumper of the vehicle.

5. A physical search of the vehicle revealed a total of four (4) packages concealed within the front radiator and bumper of the vehicle. CBPOs weighed the four (4) packages, which weighed approximately 5.04 kilograms on a calibrated scale. CBPOs field tested the substance inside the packages, with a presumptive positive result for the characteristics of cocaine.

6. HSI Special Agents responded to the Pharr POE to assist in the investigation. HSI Special Agents interviewed GONZALEZ, who stated he suspected he was transporting drugs into the United States and was paid for the smuggling event. GONZALEZ admitted to several previous smuggling events.